THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD FROST, Appellant, v ANDREW MELONI, as Monroe County Sheriff et al., Respondents. Memorandum: Petitioner was served with a parole detention warrant on Thursday, May 15, 1986. He was not given written notice of the time, place and purpose of a preliminary parole revocation hearing until Monday, May 19, 1986. Executive Law § 259-i (3) (c) (iii) requires that such notice be given to an alleged parole violator "within three days of the execution of the warrant". Since the three-day period ended on a Sunday, service on the next succeeding business day was timely (see, General Construction Law § 25-a [1]; cf. Matter of Picciano v

*Hammock,* 92 AD2d 1043, 1044, *lv denied* 59 NY2d 606; *People ex rel. Williams v Johnson,* 116 Misc 2d 649).

Thus viewed, there is no need to address the other issues raised by petitioner. (Appeal from judgment of Monroe County Court, Celli, J.—habeas corpus.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.